NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
SABRINA G. WIBICKI, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WESTERN UNITED INSURANCE COMPANY d/b/a AAA NEVADA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KI CHAI FUNG; JONE LIM;<br><br>Defendants. | Case No. 2:13-cv-02133-APG-PAL |

### STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE

COME NOW, Plaintiff, WESTERN UNITED INSURANCE COMPANY d/b/a AAA NEVADA INSURANCE COMPANY, and Defendants, KI CHAI FUNG and JONE LIM, by and through their respective counsels of record, and hereby stipulate that the above-captioned matter be dismissed with prejudice.

. . .

. . .

. . .

1

NRR 20880

It is further stipulated that each party will bear their own attorneys' fees and costs.

Dated this 22nd day of ~~April~~ May, 2015.

Dated this 28th day of April, 2015.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

ATKINSON & WATKINS LLP

_____
NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. WIBICKI, ESQ.
Nevada Bar No.: 010669
7401 W. Charleston Boulevard
Las Vegas, NV 89117
*Attorneys for Plaintiff*

_____
MATTHEW HOFFMANN, ESQ.
Nevada Bar No.: 009061
10789 W. Twain Avenue, Suite 100
Las Vegas, NV 89135
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated: May 22, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

N:\nathan grp\Z-client\20880\Pleadings\20880sao-dismissal.docx